

# NUMBER 13-26-00089-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

VERONICA M. HERNANDEZ,                                      **Appellant,**

**v.**

PORTFOLIO RECOVERY
ASSOCIATES, LLC,                                         **Appellee.**

## ON APPEAL FROM THE 413TH DISTRICT COURT
## OF JOHNSON COUNTY, TEXAS

# MEMORANDUM OPINION

### Before Chief Justice Tijerina and Justices West and Cron
### Memorandum Opinion by Chief Justice Tijerina

This matter is before the Court on appellant's motion to dismiss.[1] Upon review of the motion, it appears appellant does not wish to pursue this appeal and requests dismissal of the case.

---

[1] This case is before the Court on transfer from the Tenth Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.

Having considered the motion, we are of the opinion that the appeal shall be dismissed pursuant to Texas Rule of Appellate Procedure 42.1(a)(1). *See* Tex. R. App. P. 42.1(a)(1). Therefore, the motion to dismiss is granted, and the appeal is hereby dismissed. The costs are taxed against the appellant. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained.

JAIME TIJERINA
Chief Justice

Delivered and filed on the
26th day of March, 2026.